Same case below, 365 Fed. Appx. 877.

**No. 10-6036. Jaquavis Taylor, Petitioner v. Nick Ludwick, Warden.**

562 U.S. 1007, 131 S. Ct. 511, 178 L. Ed. 2d 379, 2010 U.S. LEXIS 8659.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6037. Gerald Thornton, Petitioner v. Bank of New York.**

562 U.S. 1008, 131 S. Ct. 511, 178 L. Ed. 2d 379, 2010 U.S. LEXIS 8568.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Eastern District, denied.

**No. 10-6040. Sarin Thoeur, Petitioner v. California.**

562 U.S. 1008, 131 S. Ct. 512, 178 L. Ed. 2d 379, 2010 U.S. LEXIS 8509.

November 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-6041. Derrick Walton, Petitioner v. Texas.**

562 U.S. 1008, 131 S. Ct. 512, 178 L. Ed. 2d 379, 2010 U.S. LEXIS 8559.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

**No. 10-6044. Billy D. Alverson, Petitioner v. Randy Workman, Warden.**

562 U.S. 1008, 131 S. Ct. 512, 178 L. Ed. 2d 379, 2010 U.S. LEXIS 8468.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 595 F.3d 1142.

**No. 10-6053. Oliver Giola West, Jr., Petitioner v. Robert Dennison, Chairperson, New York Board of Parole, et al.**

562 U.S. 1008, 131 S. Ct. 512, 178 L. Ed. 2d 379, 2010 U.S. LEXIS 8583.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-6056. Matthew Pellino, Petitioner v. Greg Province, Warden.**

562 U.S. 1008, 131 S. Ct. 512, 178 L. Ed. 2d 379, 2010 U.S. LEXIS 8608.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 381 Fed. Appx. 826.

**No. 10-6057. Charles Lamont Miller, Petitioner v. William B. Kolender, former Sheriff, San Diego County Sheriff's Department, et al.**

562 U.S. 1008, 131 S. Ct. 513, 178 L. Ed. 2d 379, 2010 U.S. LEXIS 8546,

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.